B1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## District of Hawaii

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle): **WESTERN APARTMENT SUPPLY & MAINTENANCE CO.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **33-0537253** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **2980 S. Kihei Road, Kihei, HI 96753** ZIP CODE **96753** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Maui, Hawaii** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **County of Maui** ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
**Hotel**

### Tax-Exempt Entity (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

### Estimated Number of Creditors
| [ ] 1-49 | [x] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Western Apartment Supply & Maintenance Co. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: District of Hawaii | Case Number:<br>04-00072 | Date Filed:<br>01/12/2004 |
|---|---|---|
| Location<br>Where Filed: Southern District of California | Case Number:<br>06-00821 | Date Filed:<br>04/18/2006 |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: District of Hawaii | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)     Page 3

## Voluntary Petition
*(This page must be completed and filed in every case.)*

**Name of Debtor(s):** Western Apartment Supply & Maintenance Co.

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

#### Signature of Attorney*

X /s/ Jerrold K. Guben
Signature of Attorney for Debtor(s)
**Jerrold K. Guben**
Printed Name of Attorney for Debtor(s)
**O'Connor Playdon & Guben LLP**
Firm Name
**733 Bishop Street, Suite 2400**
**Honolulu, HI 96813**
Address
**(808) 524-8350; Email: jkg@opglaw.com**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Carroll Davis
Signature of Authorized Individual
**CARROLL DAVIS**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**04/04/2011**
Date

# CORPORATE RESOLUTION OF
# WESTERN APARTMENT SUPPLY & MAINTENANCE CO.
# SPECIAL MEETING OF BOARD OF DIRECTORS APRIL 4, 2011

WHEREAS, the Officer(s) of Western Apartment & Maintenance Co. ("Western Apartment"), at a meeting held at 1335 Hotel circle South, No. 107, San Diego, CA 92108, on April 4, 2011, upon recommendation of the officers of the Company, and upon the recommendation of the Western's professional advisors, has determined that is desirable, fair, reasonable, and in the best interest of the Western and the Western's creditors and other interested parties for the Company to file a petition seeking relief under the provisions of Chapter 11 of Title 11, United States Code ("Bankruptcy Code").

NOW, THEREFORE, BE IT

1. <u>Filing and Prosecution of Bankruptcy Case</u>.

RESOLVED, that it is desirable and in the best interest of the Western and its creditors, stockholders, and other interested parties to authorize the President and Treasurer, or either of them, to cause to be filed a petition in the name of the Company ("Chapter 11 Petition") seeking relief under the provisions of Chapter 11 of the Bankruptcy Code ("Chapter 11 case"); and it is further

RESOLVED, that the President be, and each hereby is, authorized and directed to execute the Chapter 11 Petition and to cause the same to be filed in the United States Bankruptcy Court for the District of Hawaii ("Bankruptcy Court"), in such form and at such time as such officer(s) shall determine; and it is further

RESOLVED, that the President, or such other officer(s) of Western Apartment as they shall from time to time designate ("Authorized Officers"), be, and each hereby is, authorized and directed to take all actions necessary to restructure the financial affairs of Western Apartment, including causing to be filed in the bankruptcy case a Disclosure Statement and a Plan of Reorganization ("Plan"), and to seek confirmation of the Plan by the Bankruptcy Court, with such amendments as may be required by the Bankruptcy Court; and it is further

RESOLVED, that the Authorized Officers be, and each hereby is, authorized to execute and file (or direct others to do so on behalf of the Western Apartment as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the Chapter 11 case.

2. Employment of Professionals.

RESOLVED, that the law firm of O'Connor Playdon & Guben LLP hereby are employed as bankruptcy counsel for Western Apartment in the Chapter 11 case, and the Authorized Officers of the Western Apartment are hereby authorized and directed to execute appropriate agreements, upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of O'Connor Playdon & Guben LLP; and it is further

RESOLVED, that the Authorized Officers of Western Apartment be, and they hereby are, authorized and directed to retain any other firm as professionals or consultants to Western Apartment as are deemed necessary to represent and assist Western Apartment in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Authorized Officers of the Western Apartment are hereby authorized and directed to execute appropriate agreements and cause to be filed an appropriate application for authority to retain the services of such firm; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Western Apartment; and it is further

3. General Authorizing, Resolution.

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is authorized and directed, in the name of and on behalf of the Western Apartment, under Western Apartment's seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the _ Western Apartment, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such officer deems to be

necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete a Chapter 11 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

RESOLVED, that all authorized actions, transactions, or agreements undertaken prior to the adoption of these resolutions by any officer of the Western Apartment on behalf of the Western Apartment in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed and adopted as the acts of Western Apartment; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed to certify and attest any documents or materials which they deem necessary, desirable or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer or the affixing of any seal of the Western Apartment.

4. Designation of Responsible Person.

RESOLVED, that Carroll Davis be and hereby appointed as the person responsible for performing the duties and responsibilities of the debtor in the proposed Chapter 11 proceeding.

The undersigned does hereby further certify that the foregoing resolution are in full force and effect as of the date hereof.

DATED: April 4, 2011.

WESTERN APARTMENT SUPPLY
& MAINTENANCE CO.

By _____
Its President

| Debtor: Western Apartment Supply & Maintenance Co. | Case No. (if known): Chapter 11 |
|---|---|

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1 Days Inn<br>22 Sylvan Way<br>Parisppany, NJ 07054 | | Unpaid Franchise Fees | | $69,765.29 |
| 2 Insurance Factors<br>1325 South Kihei Road, Suite 210<br>Kihei, HI 96753 | | Unpaid Insurance | | $57,341.55 |
| 3 Alii Linen Services<br>312H Alamaha Street<br>Kahului, HI 96732 | | Unpaid Linen Services | | $25,773.46 |
| 4 First Comp<br>P.O. Box 2329<br>Omaha, NE 68103-2329 | | Unpaid Worker's Compensation Insurance | | $12,004.00 |
| 5 KMH LLP<br>1003 Bishop Street, Suite 2400<br>Honolulu, HI 96813 | | Unpaid Accounting Services | | $10,980.44 |
| 6 Department of Water Supply<br>200 South High Street<br>Wailuku, HI 96793 | | Unpaid Water Service | | $10,910.98 |
| 7 Booking.com<br>P.O. BOX 1639<br>1000 BP, Amsterdam | | Unpaid Marketing Services | | $7,002.43 |
| 8 Sysco Guest Supply<br>P.O. BOX 910<br>Monmouth Junction, NJ 08852-0910 | | Unpaid Guest Supply | | $6,840.67 |
| 9 Hawaii Medical Service Association<br>P.O. Box 29330<br>Honolulu, HI 96820 | | Unpaid Health Insurance | | $4,937.72 |
| 10 Chris Hart & Partners, Inc.<br>115 N. Market Street<br>Wailuku, HI 96793 | | Unpaid Legal Fees | | $3,801.20 |

Debtor: **Western Apartment Supply & Maintenance Co.**

Case No. (if known):
Chapter 11

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 11 Oceanic Time Warner Cable<br>P.O. Box 30050<br>Honolulu, HI 96820 | | Unpaid Cable Services | | $2,173.25 |
| 12 Andy Schor Landscaping & Maintenance<br>P.O. Box 1414<br>Wailuku HI 96793 | | Unpaid Gardening Work | | $1,652.33 |
| 13 Scott's Refrigeration<br>P.O. BOX 331067<br>Kahului, HI 96732 | | Unpaid Repair Work | | $1,423.43 |
| 14 Hawaiian Paradise Coffee<br>2176 Lauwiliwili St. #101<br>Kapolei HI 96707 | | Unpaid Guest Supplies | | $1,341.51 |
| 15 Wavecom Solutions<br>P.O. BOX 135014<br>Honolulu HI 96801 | | Unpaid Phone Service | | $1,128.28 |
| 16 The Gas Company<br>P.O. BOX 29850<br>Honolulu, HI 96820-2250 | | Unpaid Gas Service | | $971.90 |
| 17 M3 Accounting Services, Inc.<br>800B Jesse Jewel Parkway SW<br>Gainesville, Georgia 30501 | | Unpaid Accounting Services | | $905.50 |
| 18 Elavon<br>SDS 122895<br>P.O. Box 86<br>Minneapolis, Minnesota 55486-2895 | | Unpaid Merchant Fees | | $686.40 |
| 19 Saflok<br>P.O. Box 890247<br>Charlotte, NC 28289-0247 | | Unpaid Hotel locks and safe key/locks | | $608.14 |
| 20 First Insurance Company of Hawaii LTD<br>P.O. Box 2866<br>Honolulu, HI 96803 | | Unpaid Insurance Fees | | $868.00 |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: April 4, 2011

/s/ _Carrol Davis_
Signature

Carrol Davis, President and Responsible Person
Print Name and Title

A-1 Backflow Service
3506 Akala Drive
Kihei, HI 96753


Alii Linen Services
312H Alamaha Street
Kahului, HI 96732


Ameritone Maui
140 Alamaha Street
Kahului HI 96732


Andy Schor Landscaping & Maintenance
P.O. Box 1414
Wailuku HI 96793


Best Western International
P.O. Box 53505
Phoenix, Arizona 85072-3505


Blue Water Rafting
P.O. Box 1865
Kihei, HI 96753


Booking.com
P.O. BOX 1639
1000 BP, Amsterdam


Bryan Sarasin
P.O. BOX 218
Wailuku HI 96793


Carbonaro De Michele CPAs
1885 Main Street, Suite 408
Wailuku HI 96793

Campbell Law Offices
7825 Fay Avenue Suite#200
La Jolla CA 92037


Chris Hart & Partners, Inc.
115 N. Market Street
Wailuku, HI 96793


Creative Design Signs
P.O. Box 1028
Makawao HI 96768


Days Inn
22 Sylvan Way
Parisppany, NJ 07054


Department of Water Supply
200 South High Street
Wailuku, HI 96793


Elavon
SDS 122895
P.O. Box 86
Minneapolis, Minnesota 55486-2895


Ecolab
P.O. BOX 6007
Grand Forks ND 58206-6007


Envision
960 Mapunapuna Street, 3rd Floor
Honolulu, HI 96813


Energy Consulting Associates, LLC
1787 Kai Maka Place
Kihei HI 96753

First Comp
P.O. Box 2329
Omaha, NE 68103-2329


First Insurance Company of Hawaii LTD
P.O. Box 2866
Honolulu, HI 96803


First Insurance Funding Corp.
P.O. Box 66468
Chicago, Illinois 60666-0468


Fed Ex
P.O. BOX 7221
Pasadena, CA 91109-7321


Fireman's Fund Insurance
P.O. Box 7166
CA 91109


Hawaiian Telcom
1177 Bishop Street
Honolulu, HI 96813


Great West Properties
1335 Hotel Circle South, Suite 107
San Diego, California 92108


Hawaii Employers Mutual Insurance Company, Inc.
P.O. Box 29280
Honolulu, HI 29280


Hawaii Medical Service Association
P.O. Box 29330
Honolulu, HI 96820

Hawaiian Paradise Coffee
2176 Lauwiliwili St. #101
Kapolei HI 96707


Hawaii Business Equipment
590-A Paiea Street
Honolulu HI 96819


Hcareers
P.O. Box 673682
Detroit Michigan 48267-3682


HD Supply
P.O. Box 509058
San Diego, CA 92150-9058


Innquest Software
5300 West Cypress, Suite 160
Tampa, Florida 33607


Insurance Factors
1325 South Kihei Road, Suite 210
Kihei, HI 96753


Island Support
P.O. Box 6352
Kahului HI 96732


Kihei Ace Hardware
1280 South Kihei Road
Kihei, HI 96753


Kihei Wailea Medical Center
P.O. Box 30570
Honolulu HI 96820-0570

KMH LLP
1003 Bishop Street, Suite 2400
Honolulu, HI 96813


Kustom Key, Inc.
1010 Aviation Drive Lake
Havasu City, AZ 86404


Lamb & Kawakami LLP
333 South Grand Avenue, Suite 4200
Los Angeles, CA 90071


La Jolla Bank
6134 La Granada Rancho
Santa Fe, CA 92067


Mana Kai
2960 South Kihei Rd.
Kihei HI 96753


Maui Waste Services, Inc.
P.O. BOX 30490
Honolulu HI 96820-0490

Maui Print Works
70 Central Avenue
Wailuku HI 96793


Maui Electric Co., Ltd.
P.O. Box 398
Kihei, HI 96733-6898


Menehune Water Company, Inc.
Wakea Business Center, #2 Hoohana St. Bay 7
Kahului, HI 96732

M3 Accounting Services, Inc.
800B Jesse Jewel Parkway SW
Gainesville, Georgia 30501


Michelle Mendoza
P.O. Box 881135
San Diego, CA 92168


Oceanic Time Warner Cable
P.O. Box 30050
Honolulu, HI 96820


One West Bank
390 West Valley Parkway
Escondido CA 92025-2635


Packard Hospitality Group
8775 Aero Dr Suite 335
San Diego, CA 92123


Pacific Sign and Design
325 Hukilike Street, # 8
Kahului, HI 96832


Petro Design Co.
1049 Camino Del Mar, Studio H
Del Mar, CA 92014


Phoenix Assest Advisers
1335 Hotel Circle South, Suite 107
San Diego, CA 92108


Poster Compliance Center
3687 Mt. Diablo Blvd, Suite 100
Lafayette, CA 94549-3744

Read Lighting, Inc.
335 East Wakea Avenue
Kahului, HI 96732


S&A Island Carpet Cleaning & Maintenance
P.O. Box 656
Kihei HI 96753


Saflok
P.O. Box 890247
Charlotte, NC 28289-0247


Selective Insurance Company of America
40 Wantage Avenue
Branchville NJ 07890


Sysco Guest Supply
P.O. BOX 910
Monmouth Junction, NJ 08852-0910


Scott's Refrigeration
P.O. BOX 331067
Kahului, HI 96732


Sobel Westex
Dept. 8933
Los Angeles, CA 90084-8933


Stubenberg & Durrett LLP
841 Bishop Street, Suite 1101
Honolulu HI 96813


Sunny Solutions
2805 Kauhale
Kihei HI 96753

Suck 'Em Up Pumping
P.O. Box 880510
Pukalani HI 96788


Tanikai, Inc.
787 Alua Street
Wailuku, HI 96793


The Gas Company
P.O. BOX 29850
Honolulu, HI96820-2250


Thomas R. Cole
233A S. Market Street
Wailuku, HI 96793


Valley Isle Fire Extinguishers
355 Hukilike Street, Suitte 113
Kahului, HI 96732


Vizergy
P.O. Box 551459
Jacksonville, FL 32255-1459


VFM Leonardo
P.O. Box 311116
Detroit MI 48231-116


WASH Multifamily Laundry Systems
100 North Sepulvedqa Boulevard 12th Floor
El Segundo, CA 90245


Wavecom Solutions
P.O. BOX 135014
Honolulu HI 96801

Western Printing Co
P.O. Box 1555 701 Enterprise St. N.
Aberdeen, SD 57401


Worldwide Revenue Solutions, Inc.
555 Republic Drive, Suite 440
Plano, TX 75074


Wyndham Worldwide
1910 8th Avenue NE
Aberdeen, SD 57401


Yap's Electric
550 Polulani Dr.
Wailuku HI 96793


Zee Medical Inc.
P.O. BOX 781552
Indianapolis, IN 46278

*Filer's Name, Address, Phone, Fax, Email:*
JERROLD K. GUBEN 3107-0
JEFFERY S. FLORES 8691-0
O'Connor Playdon & Guben LLP
733 Bishop Street, Suite 2400
Honolulu, HI 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
jkg@opglaw.com; jsf@opglaw.com
Attorneys for Debtor



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_1007-2d (12/09)

| Debtor: | Western Apartment Supply & Maintenance Co. | Case No.: |
| --- | --- | --- |
| Joint Debtor: (if any) | | Chapter: |

## VERIFICATION OF CREDITOR MATRIX

The undersigned certifies under penalty of perjury that:

1. All entities included on schedules D, E, F, G, and H have been listed in the attached creditor matrix; and

2. The names and addresses of the entities listed in the matrix are true and correct to the best of my knowledge.

/s/ Carroll Davis /s/ _____
Debtor                    Joint Debtor

Dated: __3.31.11__        Dated: _____

*Note:* After the original creditor matrix is filed with the court, there is a $26 fee to add or delete creditors. No fee is due if a change involves only the address of a creditor already listed, or if the name or address of a creditor's attorney is being added.